UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20259-CR-ALTONAGA

21 U.S.C. § 963
21 U.S.C. § 853

Sealed

MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA

vs.

FRANCISCO JAVIER ANCHICO-CANDELO,
    a/k/a "Camion,"
    a/k/a "Dany Gizman,"
OLGAIRE FRANCOIS,
    a/k/a "T-Blanc,"
    a/k/a "Senor Blanco,"
    a/k/a "Blanco," and
RODOLPHE JAAR,
    a/k/a "Whiskey,"

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as on or about February 1, 2010, the exact date being unknown to the Grand Jury, and continuing through on or about the date of the return of this Indictment, in the countries of Colombia, Venezuela, Haiti, and elsewhere, the defendants,

**FRANCISCO JAVIER ANCHICO-CANDELO,**
    a/k/a "Camion,"
    a/k/a "Dany Gizman,"
**OLGAIRE FRANCOIS,**
    a/k/a "T-Blanc,"
    a/k/a "Senor Blanco,"
    a/k/a "Blanco," and
**RODOLPHE JAAR,**
    a/k/a "Whiskey,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **FRANCISCO JAVIER ANCHICO-CANDELO, OLGAIRE FRANCOIS, and RODOLPHE JAAR,** have an interest.

2. Upon conviction of a violation alleged in this Indictment, the defendants shall forfeit all of their respective right, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

LYNN M. KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| FRANCISCO JAVIER ANCHICO-CANDELO, et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** _____ / | **Superceding Case Information:** |

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|---|---|
| X | Miami | ___ | Key West | Number of New Defendants | ___ |
| ___ | FTL | ___ WPB | ___ FTP | Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Spanish, Creole

4. This case will take  9  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                (Check only one)

   | I | 0 to 5 days | ___ | Petty | ___ |
   |---|---|---|---|---|
   | II | 6 to 10 days | X | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | X |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:  N/A
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   X  No

_____
LYNN KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500737

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: FRANCISCO JAVIER ANCHICO-CANDELO, a/k/a "Camion," a/k/a "Dany Gizman"

**Case No**: _____

Count #: 1

Conspiracy to distribute five (5) kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**     Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** OLGAIRE FRANCOIS,
a/k/a "T-Blanc," a/k/a Senor Blanco," a/k/a "Blanco"

Case No: _____

Count #: 1

Conspiracy to distribute five (5) kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**      Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RODOLPHE JAAR, a/k/a "Whiskey"

**Case No:** _____

Count #: 1

Conspiracy to distribute five (5) kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**