UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20259-CR-ALTONAGA

UNITED STATES OF AMERICA,

        Plaintiff

vs.

RODOLPHE JAAR

        Defendant
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 01526-104

Language: English

The above-named Defendant appeared before **Magistrate Judge Chris McAliley.** The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: In cust.

Tel. No:

Defense Counsel:    Name: RICHARD O. DANSOH

Address:

Tel. No:

Bond Set/Continued: Temp. PTD

Dated this 29TH day of APRIL, 2013.

STEVEN M. LARIMORE, CLERK

BY Nancy J. Flood
Deputy Clerk

Copy to:    U.S. Attorney
Defense Counsel
Pretrial Services
Clerk for Judge