UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **13-20259-CR-ALTONAGA**

UNITED STATES OF AMERICA

vs.

RODOLPHE JAAR,

       **Defendant.**
_____/

## FACTUAL PROFFER

The United States and the defendant, RODOLPHE JAAR, stipulate that if this matter were to proceed to trial, the Government would prove the following facts, among others, beyond a reasonable doubt:

From at least as early as on or about February 1, 2010, the exact date being unknown, and continuing through on or about April 18, 2013, in the countries of Colombia, Venezuela, Haiti, and elsewhere, the defendant, did knowingly and willfully combine, conspire, confederate, and agree with his co-defendants, FRANCISCO JAVIER ANCHICO-CANDELO , a/k/a "Camion," a/k/a "Dany Gizman," and OLGAIRE FRANCO IS, a/k/a "T-Blanc,'" and others, to distribute cocaine knowing that the cocaine would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 2 1, United States Code, Section 963

Specifically, the defendant conspired to have a portion of a 420 kilogram cocaine load that arrived in Haiti on or about February 20, 2012, from Colombia and/or Venezuela, removed from the load for his personal gain/interest. The defendant knew that part of the cocaine that he gained

1

possession of was destined for the United States. The defendant was present at negotiations concerning the shipment of the cocaine from Colombia and/or Venezuela to Haiti and assisted in these negotiations. The defendant was in charge of arranging security so that the cocaine load could land in Haiti at a clandestine airstrip. Co-defendant Francois was part of the security team that protected the clandestine landing strip when the cocaine load arrived and co-defendant Francois was present or nearby the clandestine airstrip when the cocaine arrived in Haiti. Co-defendant Francois and others also controlled the transportation of the cocaine load into Port-au-Prince, Haiti. The defendant took control of a portion of the cocaine load, which represented his commission for his role in organizing the security at the clandestine landing strip and the transportation of the cocaine to Port-au-Prince, Haiti.

Throughout the defendant's participation in this conspiracy, the defendant knew that part of the cocaine that arrived in Haiti, as well as the cocaine that he received as his commission, was ultimately going the United States/

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 10/28/13   By: _____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

Date: 10/25/13   By: _____
RICHARD DANSOH, ESQ.
ATTORNEY FOR DEFENDANT

Date: 10/25/2013   By: _____
RODOLPHE JAAR
DEFENDANT

2