IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CRIMINAL NO.: 13-20259-ALTONAGA
    Plaintiff,
vs.

RODOLPHE JAAR,
    Defendant.
_____/

**DEFENDANT'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT.**

    The defendant, **RODOLPHE JAAR,** by and through his undersigned Counsel hereby files this Objection to the Presentence Investigation Report filed in the instant case and in support thereof states as follows:

    1. The final version of the Pre-sentence investigation report was filed on January 24th, 2014. The undersigned Counsel travelled to Haiti on January 25th, 2014, on an early morning flight and did not see the final version of the PSI until his return yesterday.

    2. The defendant submitted his acceptance of responsibility statement to the Probation Officer on November 27th, 2013, and again on January 17th, 2014. The revised version incorporates the acceptance of responsibility statement and properly credits the defendant with the 3 point reduction for acceptance of responsibility as well as the 2-point reduction for the safety valve, for which the defendant is grateful and naturally has no objections on those issues.

    3. The terms of the agreed plea negotiation contained an additional 2-point

reduction for minor role, and a 3-point reduction for mitigating role, thereby resulting in an adjusted offense level of 24.

  4. On January, 3rd 2014, the Prosecutor and the undersigned Counsel met with the Probation Officer in her office and provided her a copy of the agreed terms of the plea negotiations. (See copy of the e-mail attached as an Appendix). Those terms were agreed by the parties for reasons that were explained to the Probation Officer and can be further expounded to the court at the sentencing hearing.

  5. The defendant requests that the court give him the additional 5-point reduction pursuant to the terms of the agreement with the government as explained herein.

  **WHEREFORE**, the defendant requests that the court grant him the additional 5-point reduction to an adjusted offense level of 24 for a sentencing range of 51 to 63 months prior to the filing of any 5K1.1 motion by the government or any further downward adjustments or variance that the court considers appropriate.

  Respectfully Submitted,

                     */s/Richard O. Dansoh*,
                     **Richard O. Dansoh,** Esq.
                     501 N.E. 1st Avenue, Suite301
                     Miami, Florida 33132
                     Tel: (305)573-4444
                     Fax: (305)238-5000
                     Email: dansohlawfirm@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, on this 29th day of April, 2013, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                      _/s/**Richard O. Dansoh**,_  
                                                      Richard O. Dansoh, Esq.