**From**: Lunkenheimer, Kurt (USAFLS)
**Sent**: Wednesday, October 16, 2013 03:15 PM
**To**: 'dansohlawfirm@gmail.com' <dansohlawfirm@gmail.com>
**Subject**: Re: Terms of Jaar Plea Agreement.

Confirmed.

**From**: Richard Dansoh [mailto:dansohlawfirm@gmail.com]
**Sent**: Wednesday, October 16, 2013 02:27 PM
**To**: Lunkenheimer, Kurt (USAFLS)
**Subject**: Terms of Jaar Plea Agreement.

Good Afternoon Kurt,

I wanted to confirm our discussions regarding the terms of my client, Rodolphe Jaar's proposed plea agreement. Particularly in light of the expiration of the Plea offer this coming Friday, Oct. 18th, at 5.00pm, and more importantly your intent to introduce his previous drug loads as 404(b) evidence.

The summary of the plea is as follows:

1. Mr. Jaar is charged with 50 kilos rather than the total 420 kilos or 320 kilos. For purposes of the plea we agreed to start him at level 34 which is for drug quantities for Cocaine of at least 15 kilos but less than 50 kilos. Ordinarily, 50 kilos would have started at level 36 as per the drug quantity table.

2. The initial base offense level is ,therefore, for plea purposes only, set at level 34.

3. You have also agreed to give the defendant a 3-point reduction for mitigating role, therefore, resulting in an adjusted downward offense level to 31.

4. Then there is an additional 2-point reduction for minor role to bring it down to level 29.

5. Further, there is an additional 2-point reduction pursuant to the provisions of the safety valve to yield the adjusted level of 27 points.

5. The defendant will also be given a 2-point reduction for acceptance of responsibility to bring the total offense level to 25. Had he taken the plea prior to the plea deadline he would have received the full 3 level reduction to get to level 24. However, at this stage he can receive the 2 points and whether he gets the 3rd point is a matter to be taken up with you and/or the court.

5. Depending on how the 3rd point is resolved he will either be at level 24 (which is 51 months to 63 months), or level 25 (which is 57 months to 71 months).

6. Finally, once he takes the plea, if he wishes to receive any additional reduction pursuant to Rule 5K1 or Rule 35, you will debrief him and make a decision as to whether to list him as a government witness. Beyond that any additional downward adjustments will be based on the

quality and extent of his cooperation and the review and approval of your supervisors. That includes the possibility of a further reduction if the co-defendant subsequently pleads guilty and any additional cooperation beyond that.

I think this is essentially the complete summary of the proposed plea. If you agree, simply reply with the word "confirmed". Thank you and I await your response.

Respectfully,

Richard O. Dansoh.