UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20259-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**RODOLPHE JAAR**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant Rodolphe Jaar's Renewed Motion for Two-Point Reduction ("Motion") [ECF No. 126], filed April 1, 2015. The Court has carefully considered the Motion, the Government's Response . . . [ECF No. 128], Defendant's Reply . . . [ECF No. 129], and the Government's Surreply . . . [ECF No. 131]. In its Surreply, the Government agrees Defendant is eligible for a reduction of his sentence to a term of 46 months, but not less than the time of imprisonment that the Defendant has served as of November 1, 2015. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 126]** is **GRANTED**, and Defendant's sentence is reduced to 45 months, but not less than the time of imprisonment that the Defendant has served as of November 1, 2015. An amended judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of May, 2015.

                                  _____
                                  **CECILIA M. ALTONAGA**
                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record